# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | |
| Mary Jenkins ) | Case No. 15-00320 |
| ) | Chapter 13 |
| Debtor ) | |
| _____ ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Amy R. Mix Esq. and Joanne Savage, Esq. of AARP Legal Counsel for the Elderly hereby appear on behalf of Debtor, Mary Jenkins in the above-captioned bankruptcy. Pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure counsel respectfully request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to, and served upon, it at the office, postal address, and e-mail address set forth below:

>   Amy R. Mix (483483)
>   Joanne Savage (986053)
>   AARP Legal Counsel for the Elderly
>   601 E Street, NW
>   Washington, DC 20049
>   Office: (202) 434-2171
>   Fax: (202) 434-6464
>   Email: amix@aarp.org

Dated: July 10, 2015            Respectfully Submitted,

>   /s/ Morgan W. Fisher
>   Morgan W. Fisher, Esq.
>   Law Offices of Morgan Fisher LLC
>   172 West St.
>   Annapolis, MD 21401
>   410-626-6111
>   mwf@MorganFisherLaw.com

/s/ Amy R. Mix
Amy R. Mix (483483)
Joanne Savage (986053)
AARP Legal Counsel for the Elderly
601 E Street, NW
Washington, DC 20049
Office: (202) 434-2171
Fax: (202) 434-6464
Email: amix@aarp.org