# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

In re:

**MARY JENKINS**

**Debtor(s)**

Case No. 15-00320-SMT
Chapter 13

### NOTICE OF CHANGE OF ADDRESS FOR DEBTOR'S ATTORNEY

The undersigned attorney for the Debtor files this Notice of Change of Address and requests that the Court's docket in the above-styled cause be updated accordingly. All future correspondence, service of pleadings, and other documents submitted in hard copy should be directed to the following address:

Law Offices of Morgan Fisher
PO Box 706
Annapolis, MD 21404-0706.

Dated:  August 12, 2019

Respectfully submitted,

*/s/ Morgan W. Fisher*
Morgan W. Fisher (#28711)

Law Offices of Morgan Fisher LLC
PO Box 706
Annapolis, MD 21404
410-626-6111
mwf@morganfisherlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2019, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the forgoing Notice will be served electronically by the Court's CM/ECF system on the following:

Mark S. Devan on behalf of Creditor Nationstar Mortgage LLC of Delaware DBA Champion Mortgage Company
mdevan@cbddlaw.com

Nancy Spencer Grigsby
grigsbyecf@ch13md.com

U. S. Trustee for Region Four
USTPRegion04.DC.ECF@USDOJ.GOV

Jennifer Ellen Wuebker on behalf of Creditor The Park Tower, a Condominium
jwuebker@wtplaw.com, rodom@wtplaw.com

Dated:  August 12, 2019                                    */s/ Morgan W. Fisher*
                                                                Morgan W. Fisher #28711